| AO 10 Rev. 1/2006 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) O'Neill, Lawrence J | 2. Court or Organization Eastern District of California | 3. Date of Report 01/11/2011 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address United States Courthouse 2500 Tulare Street Fresno, California 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board of Director | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2011 JAN 18 A 10: 22 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

O'Neill, Lawrence J

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/11/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS - *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | American Business Trial Lawyers Association | Teaching at the annual conference. Air Fare (337.60), Hotel (1332.65), and Waiver of Registration Fee (575): TOTAL: ( $2245.25) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/11/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of Instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Prudential Fin Inc (Schwab acct) | C | Interest | L | T | | | | | |
| 2. North Track Geneva Growth Fund (Schwab) IRA | A | Interest | J | T | | | | | |
| 3. RS Global Natural Resources Fund (Schwab) IRA | B | Interest | K | T | | | | | |
| 4. Kensington Strategic Realty Fund (Schwab) IRA | A | Distribution | J | T | | | | | |
| 5. Dodge and Cox Stock Fund (Schwab) | C | Dividend | L | T | | | | | |
| 6. Artisan Intl Small Cap Fund (Schwab) | B | Interest | K | T | | | | | |
| 7. American Fund New World (Schwab)(IRA) | A | Interest | J | T | | | | | |
| 8. Schwab US Treasury Money fund (IRA) | A | Interest | K | T | | | | | |
| 9. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | | |
| 10. RS Global Natural (Schwab) IRA | A | Interest | J | T | | | | | |
| 11. First Eagle Overseas (Schwab) | A | Interest | J | T | | | | | |
| 12. American Funds New World (Schwab) IRA | A | Dividend | J | T | | | | | |
| 13. Kensington Select Income (Schwab) IRA | A | Dividend | K | T | | | | | |
| 14. Longleaf Partners Fund IRA (Schwab) | A | Interest | K | T | | | | | |
| 15. Longlead Partners Fund IRA (Schwab) #2 X | A | Interest | K | T | buy | 01-26 | K | | |
| 16. Clovis Community Bank | A | Interest | J | T | | | | | |
| 17. Argonaut Corp, Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | R | | | | | |

| 1. Income Gain Codes: | A –$1,000 or less | B –$1,001 - $2,500 | C –$2,501 - $5,000 | D –$5,001 - $15,000 | E –$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F –$50,001 - $100,000 | G –$100,001 - $1,000,000 | H1 –$1,000,001 - $5,000,000 | H2 –More than $5,000,000 | |
| 2. Value Codes | J –$15,000 or less | K –$15,001 - $50,000 | L –$50,001 - $100,000 | M –$100,001 - $250,000 | |
| (See Columns C1 and D3) | N –$250,001 - $500,000 | O –$500,001 - $1,000,000 | P1 –$1,000,001 - $5,000,000 | P2 –$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 –$25,000,001 - $50,000,000 | R –Cost (Real Estate Only) | P4 –More than $50,000,000 | T –Cash Market | |
| (See Column C2) | Q –Appraisal | V –Other | S –Assessment | | |
| | U –Book Value | | W –Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Columbia Housing IX Ltd prtner 1988 $25,767 (trust #1) | B | Distribution | K | R | | | | | |
| 19. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |
| 20. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 21. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 22. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 23. Dallas/Ft. Worth, Texas Intl Muni Bond | B | Interest | K | T | sell | 07/16 | K | | |
| 24. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 25. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |
| 26. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 27. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 28. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 29. General Electric Cap Corporate bond | A | Interest | J | T | | | | | |
| 30. GTE North Inc bond | A | Interest | J | T | | | | | |
| 31. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 32. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 33. Pacific Bell corp bond | B | Interest | K | T | | | | | |
| 34. Providence Gas Co bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | O =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |
| 36. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 37. American Funds, Fund Inv F-1 | A | Dividend | K | T | | | | | |
| 38. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 39. Pureto Rico Convention Center bonds | B | Interest | K | T | | | | | |
| 40. Contra Costa Community College bonds | A | Interest | J | T | | | | | |
| 41. Encinitas Ca Public Library Construction Bonds | A | Interest | J | T | | | | | |
| 42. Sebwab Govt Money Fund: IRA–Schwabb | A | Interest | K | T | | | | | |
| 43. Morgan Stanley CD (Schwab) | B | Interest | K | T | | | | | |
| 44. Schwab Govt Money Fund: Schwabb | D | Interest | M | T | | | | | |
| 45. Vanguad Ca Interm Term Tax Exempt FD (Schwab) | C | Interest | L | T | sell | 04-27 | J | | |
| 46. Vanguard Primecap Core Fund | B | Interest | K | T | | | | | |
| 47. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | | | | | |
| 48. JP Morgan Highbridge Stat Mkt Neutral Select CL | B | Dividend | K | T | | | | | |
| 49. Loomis Sayles Bond Cl (Schwab) (IRA) | B | Dividend | K | T | | | | | |
| 50. Tweedy Brown Global Fund (schwab–IRA) | B | Dividend | K | T | | | | | |
| 51. Vanguard GNMA Fund Investor Share (IRA) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/11/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Ca Muni Money Fd Sweep shares | A | Interest | J | T | | | | | |
| 53. Pimco All Asset Fund, Instit class Schwab | B | Interest | K | T | | | | | |
| 54. SCH Ca Muni Money Fd shares (Schwab) | D | Interest | M | T | | | | | |
| 55. San Francisco Calif City/County Public Utility bonds | A | Dividend | K | T | | | | | |
| 56. Dublin, Calif School Securities X | A | Dividend | K | T | buy | 02-10 | K | | |
| 57. First Eagle Overseas IRA (Schwab) X | A | Dividend | K | T | buy | 01-26 | K | | |
| 58. T Rowe Price new ERA FD X | A | Dividend | J | T | buy | 01-26 | J | | |
| 59. California Bond X | B | Interest | K | T | buy | 01-11 | K | | |
| 60. JP Morgan Highbridge Stat Mkt X | A | Dividend | K | T | buy | 08-19 | K | | |
| 61. Pimco Emrg Local Bd X | A | Interest | K | T | buy | 08-20 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Nelll, Lawrence J | 01/11/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 01/11/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

Date _____ January 11, 2011

NOTE: ANY IND~~........................~~.ES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# United States District Court

EASTERN DISTRICT OF CALIFORNIA

7701 UNITED STATES COURTHOUSE
2500 TULARE STREET
FRESNO, CALIFORNIA 93721
**(559) 499-5680**



CHAMBERS OF
**LAWRENCE J. O'NEILL**
UNITED STATES DISTRICT JUDGE

CALENDARING (559) 499-5682

February 7, 2011

Judicial Conference of the U.S.
Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

RE: Calendar Year 2010 Filing: AMENDED

Dear Judge Baldock:

Pursuant to the request in your letter dated February 3, 2011, a copy of which I am enclosing, please find three (3) copies of my AMENDED Financial Disclosure Report.

Thank you for your assistance.

Yours Truly,



U.S. District Judge

O'Neill, Lawrence J A

AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>O'Neill, Lawrence J | 2. Court or Organization<br><br>Eastern District of California | 3. Date of Report<br><br>02/07/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge (active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final | 6. Reporting Period<br>01/01/2010<br>to<br>12/31/2010 |
| | 5b.   ☒ Amended Report | |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>2500 Tulare Street<br>Fresno, California 93721 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. Board of Director | Federal Bar Association |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1999 | State of California Judges Retirement Plan (pension commences at age 62) |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/07/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[X] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. American Business Trial Lawyers Association | Teaching at the annual conference. Air Fare (337.60), Hotel (1332.65), and Waiver of Registration Fee (575): TOTAL: ( $2245.25) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/07/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/07/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | | (1) | (2) | | | | | Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|
| 1. Prudential Fin Inc (Schwab acct) | C | Interest | L | T | | | | |
| 2. North Track Geneva Growth Fund (Schwab) IRA | A | Interest | J | T | | | | |
| 3. RS Global Natural Resources Fund (Schwab) IRA | B | Interest | K | T | | | | |
| 4. Kensington Strategic Realty Fund (Schwab) IRA | A | Distribution | J | T | | | | |
| 5. Dodge and Cox Stock Fund (Schwab) | C | Dividend | L | T | | | | |
| 6. Artisan Intl Small Cap Fund (Schwab) | B | Interest | K | T | | | | |
| 7. American Fund New World (Schwab)(IRA) | A | Interest | J | T | | | | |
| 8. Schwab US Treasury Money fund (IRA) | A | Interest | K | T | | | | |
| 9. Wells Fargo Bank Trust #1 | A | Interest | J | T | | | | |
| 10. RS Global Natural (Schwab) IRA | A | Interest | J | T | | | | |
| 11. First Eagle Overseas (Schwab) | A | Interest | J | T | | | | |
| 12. American Funds New World (Schwab) IRA | A | Dividend | J | T | | | | |
| 13. Kensington Select Income (Schwab) IRA | A | Dividend | K | T | | | | |
| 14. Longleaf Partners Fund IRA (Schwab) | A | Interest | K | T | | | | |
| 15. Longlead Partners Fund IRA (Schwab) #2 X | A | Interest | K | T | buy | 01-26 | K | |
| 16. Clovis Community Bank | A | Interest | J | T | | | | |
| 17. Argonaut Corp, Livermore, California 1985 $84,200 Trust #1 | D | Distribution | M | R | | | | |

1. Income Gain Codes:       A =$1,000 or less          B =$1,001 - $2,500          C =$2,501 - $5,000          D =$5,001 - $15,000          E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000      G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes              J =$15,000 or less         K =$15,001 - $50,000        L =$50,001 - $100,000       M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000     O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
3. Value Method Codes       P3 =$25,000,001 - $50,000,000   R =Cost (Real Estate Only)   P4 =More than $50,000,000   T =Cash Market
(See Column C2)            Q =Appraisal               V =Other                    S =Assessment
                           U =Book Value                                          W =Estimated

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Columbia Housing IX Ltd prtner 1988 $25,767 (trust #1) | B | Distribution | K | R | | | | | |
| 19. Wells Fargo Bank, acct #2 | A | Interest | J | T | | | | | |
| 20. Desert Funding, Inc. Mortgage Note (Trust #1) | D | Interest | M | T | | | | | |
| 21. Macwest Riverside Housing Inv, LLC | | None | M | U | | | | | |
| 22. California State University Revenue Muni Bond | A | Interest | K | T | | | | | |
| 23. Dallas/Ft. Worth, Texas Intl Muni Bond | B | Interest | | | sell | 07/16 | K | | |
| 24. Oregon Go Elderly/Disabled muni bond | A | Interest | J | T | | | | | |
| 25. Puerto Rico Electric Power Muni bond | A | Interest | K | T | | | | | |
| 26. San Francisco Intl Airport muni Bond | A | Interest | J | T | | | | | |
| 27. St. Louis MO Airport muni bond | A | Interest | J | T | | | | | |
| 28. Bank of America Sub Not corporate bonds | B | Interest | K | T | | | | | |
| 29. General Electric Cap Corporate bond | A | Interest | J | T | | | | | |
| 30. GTE North Inc bond | A | Interest | J | T | | | | | |
| 31. Key Bank corporate bond | B | Interest | K | T | | | | | |
| 32. Laclede Gas Co 1st mortgage | B | Interest | J | T | | | | | |
| 33. Pacifric Bell corp bond | B | Interest | K | T | | | | | |
| 34. Providence Gas Co bond | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/07/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Prudential Finl Inc corporate bond | B | Interest | K | T | | | | | |
| 36. Southwestern Bell Te. Co corporate bond | B | Interest | K | T | | | | | |
| 37. American Funds, Fund Inv F-1 | A | Dividend | K | T | | | | | |
| 38. Capital World Growth and Income mutual fund | A | Interest | J | T | | | | | |
| 39. Pureto Rico Convention Center bonds | B | Interest | K | T | | | | | |
| 40. Contra Costa Community College bonds | A | Interest | J | T | | | | | |
| 41. Encinitas Ca Public Library Constructiion Bonds | A | Interest | J | T | | | | | |
| 42. Schwab Govt Money Fund: IRA--Schwabb | A | Interest | K | T | | | | | |
| 43. Morgan Stanley CD (Schwab) | B | Interest | K | T | | | | | |
| 44. Schwab Govt Money Fund: Schwabb | D | Interest | M | T | | | | | |
| 45. Vanguad Ca Interm Term Tax Exempt FD (Schwab) | C | Interest | | | sell | 04-27 | J | | |
| 46. Vanguard Primecap Core Fund | B | Interest | K | T | | | | | |
| 47. TCW Total Return Bond (schwab) IRA | C | Interest | K | T | | | | | |
| 48. JP Morgan Highbridge Stat Mkt Neutral Select CL | B | Dividend | K | T | | | | | |
| 49. Loomis Sayles Bond Cl (Schwab) (IRA) | B | Dividend | K | T | | | | | |
| 50. Tweedy Brown Global Fund (schwab--IRA) | B | Dividend | K | T | | | | | |
| 51. Vanguard GNMA Fund Investor Share (IRA) | B | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/07/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Schwab Ca Muni Money Fd Sweep shares | A | Interest | J | T | | | | | |
| 53. Pimco All Asset Fund, Instit class Schwab | B | Interest | K | T | | | | | |
| 54. SCH Ca Muni Money Fd shares (Schwab) | D | Interest | M | T | | | | | |
| 55. San Francisco Calif City/County Public Utility bonds | A | Dividend | K | T | | | | | |
| 56. Dublin, Calif School Securities X | A | Dividend | K | T | buy | 02-10 | K | | |
| 57. First Eagle Overseas IRA (Schwab) X | A | Dividend | K | T | buy | 01-26 | K | | |
| 58. T Rowe Price new ERA FD X | A | Dividend | J | T | buy | 01-26 | J | | |
| 59. California Bond X | B | Interest | K | T | buy | 01-11 | K | | |
| 60. JP Morgan Highbridge Stat Mkt X | A | Dividend | K | T | buy | 08-19 | K | | |
| 61. Pimco Emrg Local Bd X | A | Interest | K | T | buy | 08-20 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/07/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| O'Neill, Lawrence J | 02/07/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ Date  *2-7-11*

NOTE: ANY INDIVIDUA_____R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544